Argued July 15, affirmed July 22, reconsideration denied August 22, petition for review denied September 24, 1974

STATE OF OREGON, *Respondent, v.* WAYNE KEITH LEWIS (No. C 73-12-3761 Cr), *Appellant.*

524 P2d 546

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*Jim G. Russell,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and TANZER, Judges.

PER CURIAM.

AFFIRMED. *Hale v. Smith,* 254 Or 300, 460 P2d 351 (1969); *State v. Patrick,* 17 Or App 291, 521 P2d 1311, Sup Ct *review denied* (1974); *State v. Derryberry,* 17 Or App 262, 521 P2d 1065, Sup Ct *review allowed* (1974).